IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARLIN BURRAGE**                                                                 **PLAINTIFF**

v.                                          CIVIL NO. 1:15cv244-HSO-JCG

**JOY ROSS, CAPTAIN, and
TIMOTHY MORRIS, WARDEN**                                      **DEFENDANTS**

<u>**FINAL JUDGMENT OF DISMISSAL**</u>

This matter came on to be heard on the Report and Recommendation [25] of United States Magistrate Judge John C. Gargiulo, entered in this case on January 10, 2017. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [25], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 3rd day of February, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE